UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-20922-CIV-MARTINEZ-GOODMAN

RUTH E. MOYA, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

JP MORGAN CHASE & CO., CHASE BANK
USA, N.A., CHASE BANKCARD, LLC and
CHASE BANKCARD SERVICES, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (D.E. No. 25). It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of May, 2014.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record